UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 6:09-CR-63-SS-12-GFVT-HAI |
| | ) | |
| V. | ) | |
| | ) | |
| IRFAN DEMEROVIC, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Hanly Ingram. [R. 841.] The Report and Recommendation addresses whether Defendant Irfan Demerovic is competent to stand trial pursuant to 18 U.S.C. § 4241 and 4247(d).

After reviewing a forensic report [R. 830] and conducting a hearing, Magistrate Judge Ingram concluded, in accordance with the forensic report, that the Defendant is "competent to face further proceedings in this matter" and recommends now scheduling a sentencing hearing. [R.841 at 5.]

Judge Ingram's Report and Recommendation advised the parties that any objections must be filed within fourteen (14) days from the entry of the Recommended Disposition. [*Id.* at 6.] The Defendant has not objected.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151

(1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court being sufficiently and otherwise advised, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [R. 841] is **ADOPTED** as the opinion of this Court;

2. The Court **FINDS** that Irfan Demerovic is competent to face further proceedings in this matter; and

3. The Defendant's sentencing hearing will be rescheduled promptly.

This the 1st day of August, 2018.

Gregory F. Van Tatenhove
United States District Judge